NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FILICISMO LASTIMOSO,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2025-1135

---

Petition for review of the Merit Systems Protection Board in No. SF-0831-20-0136-I-1.

---

## O R D E R

The Office of Personnel Management moves to recaption this appeal to substitute the Merit Systems Protection Board as the respondent. Upon having considered the petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                    LASTIMOSO V. OPM

     ORDERED that the motion to modify the official caption and to substitute parties is denied as moot. The petition for review is DISMISSED for failure to prosecute in accordance with the rules.

FOR THE COURT

January 22, 2025
Date

Jarrett B. Perlow
Clerk of Court